**Order filed May 22, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-01014-CR
_____

**GREGORY LECOURIAS, II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from County Criminal Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1785558**

---

## ORDER

The notice of appeal filed in this case is from an order denying an application for writ of habeas corpus and setting an appeal bond. A record of the hearing held by the trial court to determine the reason for failure to file appellant's brief reflects the trial court subsequently granted the writ of habeas corpus.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **June 1, 2012**, containing the trial court's order granting appellant's application for writ of habeas corpus.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM